**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JACQUELINE WASHINGTON, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Case No. 1:23-cv-707 |
| | : | |
| AMSHER COLLECTIONS SERVICES, INC., | : | Judge Jeffery P. Hopkins |
| | : | |
| *Defendant.* | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by Plaintiff's counsel that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **sixty (60) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: December 11, 2023

Hon. Jeffery P. Hopkins
United States District Judge